Kimberly E. Colwell, Esq. (SBN: 127604)
Jennifer C. Addams, Esq. (SBN: 209355)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile:  (510) 444-1108

Attorneys for Defendants CITY OF FAIRFIELD,
CHIEF OF POLICE WILLIAM GRESHAM,
POLICE OFFICERS MARK SCHRAER,
CHAD TIGERT and STEVE TROJANOWSKI, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES PHILLIPS and CYNTHIA M. PHILLIPS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FAIRFIELD, CHIEF OF POLICE WILLIAM GRESHAM and Does 1 through 10, MARK SCHRAER, CHAD TIGERT AND STEVE TROJANOWSKI, JR. and Does 11 through 20,<br><br>Defendants. | CASE NO:  CIV-S-04-0377 FCD PAN<br><br>**DECLARATION OF JENNIFER C. ADDAMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO STAY**<br><br>DATE:    April 15, 2005<br>TIME:    10:00 a.m.<br>DEPT:    2<br>JUDGE:  Honorable Frank C. Damrell, Jr.<br><br>Trial Date: September 13, 2005 |

I, Jennifer C. Addams, declare as follows:

1.    I am an attorney at law duly licensed to practice before the Courts of the State of California, and am an associate at Meyers, Nave, Riback, Silver & Wilson, attorneys of record for Defendants CITY OF FAIRFIELD, CHIEF WILLIAM GRESHAM, POLICE OFFICERS MARK SCHRAER, CHAD TIGERT AND STEVE TROJANOWSKI, JR.  If called to testify, I could competently testify as to the facts within this Declaration, based on my personal knowledge.

2.    Attached hereto as Exhibit A is a true and correct copy of the joint Stipulation to Extend Discovery, Motion Hearing Cut-Off, Pre-Trial and Trial Dates and Order Thereon filed on

1  January 6, 2005.

2      3.    Attached hereto as Exhibit B is a true and correct copy of an Order Granting

3  Parties' Stipulation to Extend Discovery dated January 19, 2005.

4      4.    The hearing on Defendants' Motion for Summary Judgment is May 13, 2005.

5      I declare under penalty of perjury under the laws of the United States that the foregoing is

6  true and accurate.  Executed on April 5, 2005, at Oakland, California.

                                                                           _____/s/_____
                                                                                 Jennifer C. Addams

742811_1.DOC