Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Jennifer C. Addams, Esq. (SBN: 209355)
jaddams@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants CITY OF FAIRFIELD,
POLICE OFFICERS MARK SCHRAER, CHAD TIGERT,
STEVEN TROJANOWSKI, JR., MIKE BEATTY,
MATTHEW THOMAS, STEPHEN RUIZ, TROY OVIATT,
JEREMY NIPPER, FRANCO CESAR and CADE BECKWITH

Mister Phillips, Esq. (SBN: 228991)
mister_phillips@hotmail.com
LAW OFFICE OF MISTER PHILLIPS
P.O. Box 1162
Pinole, CA 94564
Telephone: (510) 672-3756
Facsimile: (510) 222-4198

Attorney for Plaintiffs
MARQUES PHILLIPS and CYNTHIA PHILLIPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARQUES PHILLIPS and CYNTHIA M. PHILLIPS, | Case No: CIV-S-04-0377 FCD JFM |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE TRIAL TWO WEEKS DUE TO WITNESS UNAVAILIBILITY** |
| v. | |
| CITY OF FAIRFIELD, CHIEF OF POLICE WILLIAM GRESHAM, OFFICER MARK SCHRAER, OFFICER CHAD TIGERT, OFFICER STEVE TROJANOWSKI, JR., OFFICER MIKE BEATTY, OFFICER MATTHEW THOMAS, OFFICER STEPHEN RUIZ, OFFICER TROY OVIATT, OFFICER JEREMY NIPPER, OFFICER FRANCO CESAR, OFFICER CADE BECKWITH, and DOES 1 through 13, | |
| Defendants. | |

The parties to this action, Plaintiffs MARQUES PHILLIPS and CYNTHIA PHILLIPS and Defendants CITY OF FAIRFIELD, POLICE OFFICERS MARK SCHRAER, CHAD TIGERT, STEVEN TROJANOWSKI, JR., MIKE BEATTY, MATTHEW THOMAS, STEPHEN RUIZ, TROY OVIATT, JEREMY NIPPER, FRANCO CESAR and CADE BECKWITH, by and through their attorneys of record, hereby stipulate to continue the trial presently set for October 17, 2006 for two weeks, or until October 31, 2006. This stipulation is due to the unavailability of Defendants' witness Police Chief William Gresham who had a long standing vacation scheduled in conflict with the earlier trial date. The parties have cleared the new trial date with the Court's clerk.

Dated: May 5, 2006                    MEYERS, NAVE, RIBACK, SILVER & WILSON

By:    /s/    Kimberly E. Colwell
Kimberly E. Colwell
Attorneys for Defendants CITY OF FAIRFIELD, POLICE OFFICERS MARK SCHRAER, CHAD TIGERT, STEVEN TROJANOWSKI, JR., MIKE BEATTY, MATTHEW THOMAS, STEPHEN RUIZ, TROY OVIATT, JEREMY NIPPER, FRANCO CESAR and CADE BECKWITH

Dated: May 5, 2006                    LAW OFFICES OF MISTER PHILLIPS

By:    /s/    Mister Phillips
Mister Phillips
Attorney for Plaintiffs MARQUES PHILLIPS and CYNTHIA PHILLIPS

**ORDER**

Good cause appearing, IT IS SO ORDERED that the trial of this matter shall be continued for two weeks, or until October 31, 2006.

Dated: May 5, 2006

/s/ Frank C. Damrell. Jr.
JUDGE FRANK C. DAMRELL, JR.

821650_1

---