MISTER PHILLIPS, ESQ.
BAR NO. 228991
LAW OFFICE OF MISTER PHILLIPS
P.O. BOX 1162
PINOLE, CA 94564
TELEPHONE: 510-672-3756
FAX: 510-222-4198
MISTER_PHILLIPS@HOTMAIL.COM

ATTORNEY FOR PLAINTIFFS MARQUES PHILLIPS AND CYNTHIA M. PHILLIPS

Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Jennifer C. Addams, Esq. (SBN: 209355)
jaddams@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile(510) 444-1108

Attorneys for Defendants CITY OF FAIRFIELD, CHIEF OF POLICE WILLIAM GRESHAM, POLICE OFFICERS MARK SCHRAER, CHAD TIGERT, STEVEN TROJANOWSKI, JR., MIKE BEATTY, MATTHEW THOMAS, STEPHEN RUIZ, TROY OVIATT, JEREMY NIPPER, FRANCO CESAR and CADE BECKWITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES PHILLIPS; *et. al*,<br><br>         Plaintiffs,<br><br>    vs.<br><br>CITY OF FAIRFIELD, *et. al*,<br><br>         Defendants. | CASE NO. 2:04-CV-00377-FCD-PAN (JFM)<br><br>STIPULATION DISMISSING DEFENDANT POLICE OFFICER JEREMY NIPPER |

    Plaintiffs Marques Phillips and Cynthia M. Phillips and Defendants City of Fairfield, Chief of Police William Gresham (previously dismissed by the Court), Police Sergeant Mark

---

STIPULATION DISMISSING DEFENDANT POLICE OFFICER JEREMY NIPPER                    1

Schraer, and Police Officers Chad Tigert, Steve Trojanowski, Jr., Mike Beatty, Matthew Thomas, Stephen Ruiz, Troy Oviatt, Jeremy Nipper, Franco Cesar, and Cade Beckwith stipulate that Police Officer Nipper is dismissed from this civil action without prejudice.

Dated: May 22, 2006                    Respectfully Submitted,

                                       /s/ Mister Phillips
                                       Attorney for Plaintiffs

Dated: May 22, 2006                    Respectfully Submitted,

                                       /s/ Kimberly E. Colwell
                                       Attorney for Defendants

    IT IS SO ORDERED.

DATED: May 24, 2006


                                       /s/ Frank C. Damrell Jr.
                                       US District Judge

---

STIPULATION DISMISSING DEFENDANT POLICE OFFICER JEREMY NIPPER                    2